ACCEPTED
01-14-00952-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/30/2015 1:13:15 PM
CHRISTOPHER PRINE
CLERK

## CASE NO. 01-14-00952-CV

# IN THE COURT OF APPEALS FOR THE

# FIRST SUPREME JUDICIAL DISTRICT

# OF TEXAS AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/30/2015 1:13:15 PM
CHRISTOPHER A. PRINE
Clerk

## HERBERT JACKSON

### Appellant.

## PATRICIA JACKSON

### Appellee

## On Appeal from Cause No. 14-DCV-217167

## 328th Judicial District Court

## Fort Bend County, Texas

### MOTION TO EXTEND TIME TO FILE BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

**COMES NOW, HERBERT JACKSON**, Defendant and request an extension to file Brief and would respectfully show as follows;

Defendant, Herbert Jackson's attorney, Annie Briscoe, had a very extensive case load in last few months. Inadvertently she missed the notices showing when the brief was calendared.

Therefore, Herbert Jackson is asking the court to grant a thirty day extension for

counsel to prepare and file the petition on his behalf.

**WHEREFORE PREMISES CONSIDERED**, counsel requests that the court grant

her a thirty day extension in this matter in order for her to prepare and file the brief.

**Respectfully submitted,**

Annie P. Briscoe
1217 Prairie St., Suite 207
Houston, Texas 77002
713 270-8732  Telephone
713 227-0066  Telecopier
TBN.:0300850
anniepump@yahoo.com

## CERTIFICATE OF SERVICE

A copy of Motion to Extend Time was delivered to the following party(ies)

by the means indicated on April 30, 2015

*Patricia Jackson*
VIA: *Facsimile 713 960-0555 and*
*Regular US Mail*
TO: Attorney Carolyn L. McElroy
5177 Richmond Ave, Suite 1275
Houston, Texas 77056

Annie P. Briscoe